UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:18-CR-24-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAZMEIN JAQUAE WIGGINS | ORDER |

On motion of the Defendant, Jazmein Jaquae Wiggins, and for good cause shown, it is hereby ORDERED that [DE-36] be sealed until further notice by this Court. The grounds for this Order are found at [DE-36].

Accordingly, it is ORDERED that this document be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 3rd day of September, 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE